1  I. NEEL CHATTERJEE (STATE BAR NO. 173985)
      nchatterjee@orrick.com
2  DIETER H. HELLMOLDT (STATE BAR NO. 221498)
      dhellmoldt@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
4  Menlo Park, CA  94025
   Telephone:     650-614-7400
5  Facsimile:     650-614-7401

6  Attorneys for Plaintiff
   OOMA, INC.

7

8                 UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                     SAN JOSE DIVISION

11

| | |
|---|---|
| 12  OOMA, INC., | Case No.  C 07 04671 EMC |
| 13          Plaintiff, | **PLAINTIFF OOMA, INC.'S NOTICE OF DISMISSAL WITH PREJUDICE** |
| 14      v. | |
| 15  RATES TECHNOLOGY INC., | |
| 16          Defendant. | |

17

18       Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff ooma, Inc.

19  hereby gives notice that it is voluntarily dismissing its Complaint for Declaratory Relief in the

20  above-captioned case, with prejudice.

21

22  Dated: October 4, 2007                ORRICK, HERRINGTON & SUTCLIFFE LLP

23

24                                    /s/ I. Neel Chatterjee /s/
                                    _____
                                         I. Neel Chatterjee
25                                      Attorneys for Plaintiff
                                           OOMA, INC.

26

27

28

                              - 1 -

1

## CERTIFICATE OF SERVICE

2

3

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on October 4, 2007.

4

5

Dated:  October 4, 2007.                          Respectfully submitted,

6

                                        /s/ I. Neel Chatterjee /s/
                                        I. Neel Chatterjee

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28