I. NEEL CHATTERJEE (STATE BAR NO. 173985)
nchatterjee@orrick.com
DIETER H. HELLMOLDT (STATE BAR NO. 221498)
dhellmoldt@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:   650-614-7400
Facsimile:    650-614-7401

Attorneys for Plaintiff
OOMA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OOMA, INC.,<br><br>             Plaintiff,<br><br>     v.<br><br>RATES TECHNOLOGY INC.,<br><br>             Defendant. | Case No.  C 07 04671 EMC<br><br>**[PROPOSED] ORDER DISMISSING PLAINTIFF'S COMPLAINT FOR DECLARATORY RELIEF WITH PREJUDICE** |

Having considered Plaintiff ooma, Inc.'s Notice of Dismissal with Prejudice and the record of this action, the Court is of the opinion that leave should be GRANTED.

IT IS HEREBY ORDERED that Plaintiff's Complaint for Declaratory Relief is DISMISSED in its entirety with prejudice.

Dated: _____     _____

The Honorable Edward M. Chen
United States Magistrate Judge